UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BELL,

    Plaintiff,

v.

KARIE BELL, et al.,

    Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-1013

## WRIT OF *CERTIORARI*

This matter was removed from the 9th Circuit Court on November 4, 2009. It has come to the Court's attention that pleadings filed in the 9th Circuit Court are not contained in this Court's records. Pursuant to 28 U.S.C. § 1447(b), this Writ of *Certiorari* issues. Therefore,

**IT IS HEREBY ORDERED** that the 9th Circuit Court, State of Michigan, is directed to transmit certified copies of the entire state court file in the matter of *Bell v. Bell, et al.,* Case No. 09-00508-CH to the Clerk of the Court for the Western District of Michigan, 410 W. Michigan Avenue, Room B-35, Kalamazoo, MI. 49007, who shall file and docket the same.

Date: January 7, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge